21 - 14 7 7



In the district court of the United States

Edward Thomas Kennedy, a living breathing man,

v.

FACEBOOK, Inc., a Delaware registered corporation,
MARK ZUCKERBERG, FACEBOOK, Inc., Chief Executive Officer,
MARK ZUCKERBERG, an individual
JENNIFER NEWSTEAD, FACEBOOK, Inc., Chief Legal Officer,
JENNIFER NEWSTEAD, an individual,
MARC L. ANDREESSEN, FACEBOOK, Inc. Board Member,
and PETER A. THIEL, FACEBOOK, Inc. Board Member.

FILED

OCT 20 2021

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Defendants

## Lawful Complaint / Request for Judgment

Request by Edward Thomas Kennedy, an American, for the Article 3 Court to order Defendants et alia to discharge their past due debts without delay in lawful money, as defined herein and in the True Bills, attached as evidence. (1)

Pursuant to my Constitutional Guarantees, I demand an Article 3 Court. Without interest and accruals, Defendant's current unpaid debt outstanding totals $35350000.00, as defined herein and as defined in recorded Fee Schedules, (1) and (5) attached herein as evidence.

Plaintiff is a living breathing man, born on Pennsylvania land and soil.

Defendant FACEBOOK, Inc., is a corporation, registered in the STATE OF DELAWARE, and is legally dead. All other Defendants are all legal persons, all legally dead.

Defendant JENNIFER NEWSTEAD, Chief Legal Officer, FACEBOOK, Inc., is a legal person, and is located at 1601 Willow Rd Bldg 64 Menlo Park 94025-1452 according to New York State BAR Attorney registrations, and it is presumed must accept Notice, also known as "service of process" for all defendants. Link here:
https://iapps.courts.state.ny.us/attorneyservices/wicket/page?6.

Additionally, Facebook, Inc, is a corporation with no, known lawful charter to operate and conduct commerce on American land and soil because only living, breathing men and women Assembled may grant lawful charters.

Notice
Public Notice to Law Enforcement, Sheriffs, Elected Officials and Bar Association Members and Court Clerks. (attached)

Notice

The Roman Curia created the concept of legal fictions-- trusts, foundations, and other corporations for good reasons-- however, legal fictions can be misused.

By Maxim of Law, those who create are responsible for their creations. It follows that the Roman Curia is responsible for the proper functioning of all corporations worldwide. As of September 1, 2013, Pope Francis declared all corporations and corporate officers fully liable for their errors and omissions.  This means Law Enforcement, Sheriffs, Elected Officials, and Bar Association Members.

Here are the Orders by Pope Francis that ALL "public officials" that are under the jurisdiction of the Vatican City State no longer have Immunity for the crimes they commit, primarily Judges in America which includes the BAR Association. APOSTOLIC LETTER ISSUED MOTU PROPRIO,http://w2.vatican.va/content/francesco/en/motu_proprio/documents/papa-francesco-m otuproprio_20130711_organi-giudiziari.html  (attached) (3)

Statement and Evidence of Standing

I am an American standing under the Public Law, and demanding my Constitutional guarantees. Lawful evidence of this said political status is recorded as follows:

    1. at The United States of America Land Recording System
    Recording #: Pa06-2020-2020000012, and Recording #: Pa06-2020-2020000004,
    link here: https://search.americaunincorporated.org/ enter Edward Kennedy

    2. at Recorder's Office Flathead County Recording District
    Record # 202000002903, link https://flathead.mt.gov/clerk_recorder/. (attached) (4)

I belong to no parish. I am not a priest. I am not a Papal Knight. Based on evidence, I presume Pope Fransis, as Global Trust fiduciary, knows that I am a living, breathing man, with feet firmly on Pennsylvania land and soil.

Pursuant to UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Washington, D.C. 20549, FORM 10-K, ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934, for the fiscal year ended December 31, 2020, Facebook, Inc. (Exact name of registrant as specified in its charter) is a Delaware corporation ID number 20-1665019, and 1601 Willow Road, Menlo Park, California 94025 is the registered address of principal executive offices and Zip Code, MARK ZUCKERBERG is founder, Chairman, and CEO, and as CEO has control over key decision making as a result of his control of a majority of the voting power of our outstanding capital stock.  MARC L. ANDREESSEN, FACEBOOK, Inc. Board Member, and PETER A. THIEL, FACEBOOK, Inc. Board Member, are both Governance Committee Members. Source: Links https://www.sec.gov/Archives/edgar/data/1326801/000132680119000009/fb-12312018x10k.htm and the Facebook corporation website, and https://d18rn0p25nwr6d.cloudfront.net/CIK-0001326801/4dd7fa7f-1a51-4ed9-b9df-7f42cc3321e b.pdf

JENNIFER NEWSTEAD is Facebook Inc. Chief Legal Officer. JENNIFER NEWSTEAD earned nearly $19.14 million in total compensation in her first year with FACEBOOK, Inc., according to a 2019 proxy statement filed by the company April 10, 2020. Published Source: https://news.bloomberglaw.com/esg/facebooks-first-year-general-counsel-earns-19-million. JENNIFER NEWSTEAD is a STATE OF NEW YORK BAR Attorney; Registration Number: 2817864, source, link here: https://iapps.courts.state.ny.us/attorneyservices/wicket/page?2

Pursuant to Fee Schedules Recording #: Pa06-2021-2021000025, (attached), (5) said corporation and said legal persons owe me for the following:

| | | |
|---|---|---|
| s. | Fraud | $1000000.00* |
| t. | Racketeering | $1000000.00* |
| y. | Use of Common-law Trade-name/Trade-mark | |
| | | $ 50000.00 Each |
| j. | Personage | $100000000 |
| k. | Privateering | $100000000 |
| l. | Inland piracy | $100000000 |
| | Total per defendant | $5050000.00 |
| | Times seven defendants*** | $35350000.00 |

*Per Occurrence and Includes any Third Party Defendant
** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.
*** FACEBOOK, Inc., MARK ZUCKERBERG, Chief Executive Officer, MARK ZUCKERBERG, an individual, JENNIFER NEWSTEAD, Chief Legal Officer, JENNIFER NEWSTEAD, an individual, MARC L. ANDREESSEN, FACEBOOK, Inc. Board Member, and PETER A. THIEL, FACEBOOK, Inc. Board Member,

On October 13th 2021, the New York Post ran a front page story, titled "Facts about Zuck Bucks: How he helped swing the electorate in 2020" by Mollie Hemingway. Link here: https://nypost.com/2021/10/13/how-mark-zuckerberg-helped-swing-the-electorate-in-the-2020-election/#

This said article explains how MARK ZUCKERBERG used backdoor "support" donations to twist the outcomes of the 2020 elections in this country, and not just the Presidential Election — all elections down to the county level, for just $419 million bucks. A whole country bought and sold for less than half a billion. There are times when we all must admit that some <ahem> criminals are smarter than others, and then look —despite my  amazement— at the maze of legal loopholes and creeping corruption that have allowed this to happen in America. Instead of 19th Century Robber Barons at the trough, faceless Facebook, Inc. is an unaccountable,

made-up-out-of-thin-air corporation at the trough — claiming all the same rights, prerogatives, and protections as me a living people, a Living man with Inherited Sovereignty born on Pennsylvania land and soil. Put in plain language, Zuckerberg bought the election via a payola/kickback scheme. Can we the people punish Zuckerberg and his Board of Directors and everyone else responsible? Possibly. Perhaps later by this man in another time and place.

Judgment Requested

1.      Orders all Defendants to pay their past due debts which is  $35350000.00 in lawful money via wire transfer to my state chartered credit union.
2,      Order FACEBOOK, Inc. to correct all it's records to reflect the Plaintiff's political status.
3.      Order FACEBOOK, Inc. to prove that it possesses a lawful charter to operate on the land and soil of The United States of America (unincorporated), or Order the said corporation dissolved with ownership returned to the living American men and women.
4.      Order FACEBOOK, Inc., it's Officers and employees and Board Members to obey the Public Law of America, or else face criminal charges in this Article 3 Court.

Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Applicable to all Successors and Assigns.

So said,  so signed,  so sealed on this 18th day of October in the year 2021.

By: _Edward Thomas Kennedy_____ ©
Edward Thomas Kennedy©
Without prejudice, all rights reserved.

Enclosed:
1.      Seven True Bills - past due - plus Notices (14 pages), and USPS signed PS Form 3811, Letter RE 018 222 475 US and USPS Tracking - Delivered (2 pages)
2.      Public Notice to Law Enforcement, Sheriffs, Elected Officials and Bar Association Members and Court Clerks. (2 pages)
3.      APOSTOLIC LETTER ISSUED MOTU PROPRIO OF THE SUPREME PONTIFF FRANCIS ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE IN CRIMINAL MATTERS. (3 pages).
4.      Lawful evidence of this said political status is recorded as follows:
        at Recorder's Office Flathead County Recording District
        Record # 202000002903, Certified Copy
        link https://flathead.mt.gov/clerk_recorder/ (15 pages).
5.      Notarized Fee Schedules Recording #: Pa06-2021-2021000025 Land Recording (9 pages)

By: Edward Kennedy Ⓡ

c/o 800 Count Street, Apartment 223

Reading, Pennsylvania

Postal Extension Code 19601





U.S.M.S.
EX-RAY

General Post-Office — Private & Confidential : OPEN by Addressee Only



FILED
OCT 20 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: JOHN A. CERINO, CLERK

844 N. King Street

Wilmington, DE 19801

