1.   Seven True Bills - past due - plus Notices (14 pages), and USPS signed PS Form 3811, Letter RE 018 222 475 US and USPS Tracking - Delivered (2 pages)

Edward Thomas Kennedy
In care of: 800 Court Street, Apartment 223
Reading, Pennsylvania, [19601]

March 27, 2021

Jennifer Newstead, General Counsel
Facebook Corporation
1 Hacker Way
Menlo Park, California 94025
RE 018 222 475 US Return Receipt Requested
RE: Declaration of Status & Correction of Records

Greetings:

I am writing to inform you that it has come to my attention that I was presumed/assumed to hold a foreign citizenship status as a U.S. Citizen and/or a citizen of the United States using my Given Name. I have since declared on record that this is a mistake as I was unaware of the implications of being associated with such a status in your system. I am in fact an American state national living on the land of Pennsylvania and have willfully chosen to retain my inherited status as a Pennsylvaniaian. As such I retain all rights and enforce the constitutional guarantees that your organization is contracted to provide to the states in Good Faith.

Please correct all your records created in my Given Name, Edward Kennedy born ▮▮▮▮▮▮▮▮ 1953 and now living in care of 800 Court Street, Apartment 223, Reading, Pennsylvania that indicates either of these U.S. citizenships- however the name may be styled.

This includes but is not limited to trusts, tax rolls, voter registration rolls, Residency, military, DNR, court cases, traffic tickets, or any other records associated with a U.S. Citizen or citizen of the United States. I rescind my signature from all State of California, California, STATE OF CALIFORNIA, CALIFORNIA, State of Pennsylvania, Pennsylvania, STATE OF PENNSYLVANIA or PENNSYLVANIA, COMMONWEALTH OF PENNSYLVANIA, Commonwealth of Pennsylvania, and UN records that may indicate either U.S. citizen statuses effective immediately for failure to properly disclose.

Please correct the mistake and make sure all records and forms show accordingly. Thank you for your attention to this matter. Mandatory Notice is enclosed.

Without prejudice, all rights reserved.

By: _Edward J Kennedy_ ©

**Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal. Applicable to all Successors and Assigns.**

**TRUE BILL** Number: RE018222475US (A)
FACEBOOK, Inc. 1 Hacker Way, Menlo Park, CA 94025

---

- [x] **1. Gross Breach of Trust in violation of Commercial Service Contracts,**
- [ ] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [ ] 3. False claims,
- [ ] 4. Breach of trust,
- [ ] 5. Money laundering,
- [ ] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [ ] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human trafficking,
- [ ] 11. False imprisonment,
- [ ] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- [ ] 13. Copyright violation
- [ ] **14. Personage,**
- [ ] 15. Barratry,
- [ ] 16. Identity theft,
- [ ] 17. Probate fraud,
- [ ] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [x] **19. Impersonation schemes,**
- [ ] 20. Conscription -- press-ganging, peonage also known as debt enslavement,
- [x] **21. Inland piracy,**
- [x] **22. Racketeering under color of law,**
- [ ] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [x] **24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**
- [ ] 25. Treason,
- [ ] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [ ] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,
- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [ ] 36. Failure to honor/ no bond,
- [ ] 37. Failure to honor the oath of office,
- [ ] 38. Attempted extortion of autograph,
- [ ] 39. Unlawful use of trade name,
- [ ] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [ ] 41. Unjust enrichment,
- [ ] 42. Insider trading,
- [ ] 43. Securitization of human flesh and Baptism bonds,
- [ ] 44. Bonding lawful persons,
- [ ] 45. Enforcement under color of law,
- [ ] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [ ] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
- [ ] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [ ] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [x] **53. Trespass on land and soil,**
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [ ] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091, or Genocide on paper
- [x] **61. Privateering,**
- [ ] 62. Executor de son tort,
- [ ] 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Date: March 27, 2021
Total Fees Due $5,050,000.00 (Five million fifty thousand dollars)*
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy

## Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

**TRUE BILL** Number: RE018222475US (B)
JENNIFER NEWSTEAD, 1601 Willow Rd Bldg 64
Menlo Park 94025-1452

- [x] 1. **Gross Breach of Trust in violation of Commercial Service Contracts,**
- [ ] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [ ] 3. False claims,
- [ ] 4. Breach of trust,
- [ ] 5. Money laundering,
- [ ] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [ ] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human trafficking,
- [ ] 11. False imprisonment,
- [ ] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- [ ] 13. Copyright violation
- [x] 14. **Personage,**
- [ ] 15. Barratry,
- [ ] 16. Identity theft,
- [ ] 17. Probate fraud,
- [ ] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [x] 19. **Impersonation schemes,**
- [ ] 20. Conscription -- press-ganging, peonage also known as debt enslavement,
- [x] 21. **Inland piracy,**
- [x] 22. **Racketeering under color of law,**
- [ ] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [x] 24. **Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**
- [ ] 25. Treason,
- [ ] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [ ] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,
- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [ ] 36. Failure to honor/ no bond,
- [ ] 37. Failure to honor the oath of office,
- [ ] 38. Attempted extortion of autograph,
- [ ] 39. Unlawful use of trade name,
- [ ] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [ ] 41. Unjust enrichment,
- [ ] 42. Insider trading,
- [ ] 43. Securitization of human flesh and Baptism bonds,
- [ ] 44. Bonding lawful persons,
- [ ] 45. Enforcement under color of law,
- [ ] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [ ] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
- [ ] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [ ] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [x] 53. **Trespass on land and soil,**
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [ ] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091, or Genocide on paper
- [x] 61. **Privateering,**
- [ ] 62. Executor de son tort,
- [x] 63. **Fraud by BAR Attorney,**

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due $5,050,000.00 (Five million fifty thousand dollars)*
Payment due within 15 days of invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code 19601.
Without Prejudice, all rights reserved. By: _Edward Thomas Kennedy_ ©

Date: March 27, 2021

# Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates *are set aside* and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of *Administration.*
Not a Point of Law – A Claim of Exemption and Indemnity.

TRUE BILL  Number: RE018222475US (C) MARK ZUCKERBERG, CEO FACEBOOK, Inc. 1 Hacker Way, Menlo Park, CA 94025

- [x] 1. Gross Breach of Trust in violation of Commercial Service Contracts,
- [ ] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [ ] 3. False claims,
- [ ] 4. Breach of trust,
- [ ] 5. Money laundering,
- [ ] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [ ] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human trafficking,
- [ ] 11. False imprisonment,
- [ ] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- [ ] 13. Copyright violation
- [x] 14. Personage,
- [ ] 15. Barratry,
- [ ] 16. Identity theft,
- [ ] 17. Probate fraud,
- [ ] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [x] 19. Impersonation schemes,
- [ ] 20. Conscription – press-ganging, peonage also known as debt enslavement,
- [x] 21. Inland piracy,
- [x] 22. Racketeering under color of law,
- [ ] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [x] 24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,
- [ ] 25. Treason,
- [ ] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [ ] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,

- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [ ] 36. Failure to honor/ no bond,
- [ ] 37. Failure to honor the oath of office,
- [ ] 38. Attempted extortion of autograph,
- [ ] 39. Unlawful use of trade name,
- [ ] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [ ] 41. Unjust enrichment,
- [ ] 42. Insider trading,
- [ ] 43. Securitization of human flesh and Baptism bonds,
- [ ] 44. Bonding lawful persons,
- [ ] 45. Enforcement under color of law,
- [ ] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [ ] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
- [ ] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [ ] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [x] 53. Trespass on land and soil,
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [ ] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091, or Genocide on paper
- [x] 61. Privateering,
- [ ] 62. Executor de son tort,
- [ ] 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due $5,050,000.00 (Five million fifty thousand dollars)*
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code 19601.
Without Prejudice, all rights reserved. By: Edward Thomas Kennedy ®

Date: March 27, 2021

## Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

**NOTICE OF CLAIM** of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of <u>Lanham</u> Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (5) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

TRUE BILL   Number: RE018222475US  (D) MARK ZUCKERBERG, an individual c/o FACEBOOK, Inc. 1 Hacker Way, Menlo Park, CA 94025

- [x] 1. **Gross Breach of Trust in violation of Commercial Service Contracts,**
- [x] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [ ] 3. False claims,
- [ ] 4. Breach of trust,
- [ ] 5. Money laundering,
- [ ] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [ ] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human trafficking,
- [ ] 11. False imprisonment,
- [ ] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- [ ] 13. Copyright violation
- [x] 14. **Personage,**
- [ ] 15. Barratry,
- [ ] 16. Identity theft,
- [ ] 17. Probate fraud,
- [ ] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [ ] 19. **Impersonation schemes,**
- [ ] 20. Conscription -- press-ganging, peonage also known as debt enslavement,
- [x] 21. **Inland piracy,**
- [ ] 22. **Racketeering under color of law,**
- [ ] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [x] 24. **Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**
- [ ] 25. Treason,
- [ ] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [ ] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,
- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [ ] 36. Failure to honor/ no bond,
- [ ] 37. Failure to honor the oath of office,
- [ ] 38. Attempted extortion of autograph,
- [ ] 39. Unlawful use of trade name,
- [ ] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [ ] 41. Unjust enrichment,
- [ ] 42. Insider trading,
- [ ] 43. Securitization of human flesh and Baptism bonds,
- [ ] 44. Bonding lawful persons,
- [ ] 45. Enforcement under color of law,
- [ ] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [ ] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
- [ ] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [ ] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [x] 53. **Trespass on land and soil,**
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [ ] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091, or Genocide on paper
- [x] 61. **Privateering,**
- [ ] 62. Executer de son tort,
- [ ] 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due $5,050,000.00 (Five million fifty thousand dollars)*
Payment due within 15 days of invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.

Date: March 27, 2021

Without Prejudice, all rights reserved. By: *Edward Thomas Kennedy*

## Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (5) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

**TRUE BILL** Number: RE018222475US (E)
JENNIFER NEWSTEAD, an individual, c/o FACEBOOK, Inc.
1601 Willow Rd Bldg 64 Menlo Park 94025-1452

---

- [x] **1. Gross Breach of Trust in violation of Commercial Service Contracts,**
- [ ] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [ ] 3. False claims,
- [ ] 4. Breach of trust,
- [ ] 5. Money laundering,
- [ ] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [ ] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human trafficking,
- [ ] 11. False imprisonment,
- [ ] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- [ ] 13. Copyright violation
- [x] **14. Personage,**
- [ ] 15. Barratry,
- [ ] 16. Identity theft,
- [ ] 17. Probate fraud,
- [ ] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [x] **19. Impersonation schemes,**
- [ ] 20. Conscription -- press-ganging, peonage also known as debt enslavement,
- [x] **21. Inland piracy,**
- [ ] 22. Racketeering under color of law,
- [ ] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [x] **24. Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**
- [ ] 25. Treason,
- [ ] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [ ] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,
- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [ ] 36. Failure to honor/ no bond,
- [ ] 37. Failure to honor the oath of office,
- [ ] 38. Attempted extortion of autograph,
- [ ] 39. Unlawful use of trade name,
- [ ] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [ ] 41. Unjust enrichment,
- [ ] 42. Insider trading,
- [ ] 43. Securitization of human flesh and Baptism bonds,
- [ ] 44. Bonding lawful persons,
- [ ] 45. Enforcement under color of law,
- [ ] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [ ] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources----including forests, coal, gold, and silver,
- [ ] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [ ] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [x] 53. Trespass on land and soil,
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [ ] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091, or Genocide on paper
- [x] **61. Privateering,**
- [ ] 62. Executer de son tort,
- [ ] 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform     Date: March 27, 2021
Total Fees Due  $5,050,000.00 (Five million fifty thousand dollars)*
Payment due within 15 days of invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By: _Edward Kennedy_ ®

## Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (5) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

**TRUE BILL** Number: RE018222475US (F) MARC L. ANDREESSEN, FACEBOOK, Inc. Board Member, 1601 Willow Rd Bldg 64 Menlo Park 94025-1452

- [x] 1. **Gross Breach of Trust in violation of Commercial Service Contracts,**
- [ ] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [ ] 3. False claims,
- [ ] 4. Breach of trust,
- [ ] 5. Money laundering,
- [ ] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [ ] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human trafficking,
- [ ] 11. False imprisonment,
- [ ] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- [ ] 13. Copyright violation
- [x] 14. **Personage,**
- [ ] 15. Barratry,
- [ ] 16. Identity theft,
- [ ] 17. Probate fraud,
- [ ] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [x] 19. **Impersonation schemes,**
- [ ] 20. Conscription -- press-ganging, peonage also known as debt enslavement,
- [x] 21. **Inland piracy,**
- [x] 22. **Racketeering under color of law,**
- [ ] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [x] 24. **Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**
- [ ] 25. Treason,
- [ ] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [ ] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,
- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [ ] 36. Failure to honor/ no bond,
- [ ] 37. Failure to honor the oath of office,
- [ ] 38. Attempted extortion of autograph,
- [ ] 39. Unlawful use of trade name,
- [ ] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [ ] 41. Unjust enrichment,
- [ ] 42. Insider trading,
- [ ] 43. Securitization of human flesh and Baptism bonds,
- [ ] 44. Bonding lawful persons,
- [ ] 45. Enforcement under color of law,
- [ ] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [ ] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
- [ ] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [ ] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [x] 53. **Trespass on land and soil,**
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [ ] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091, or Genocide on paper
- [x] 61. **Privateering,**
- [ ] 62. Executor de son tort,
- [ ] 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform  Date: March 27, 2021
Total Fees Due $5,050,000.00 (Five million fifty thousand dollars)*
Payment due within 15 days of Invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 323, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By: /s/ Edward Thomas Kennedy

## Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates <u>are set aside</u> and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.

TRUE BILL  Number: RE018222475US (G) PETER A. THIEL, FACEBOOK, Inc. Board Member. 1601 Willow Rd Bldg 64 Menlo Park 94025-1452

- [x] 1. **Gross Breach of Trust in violation of Commercial Service Contracts,**
- [ ] 2. Evasion of Treaty obligations by shifting the venue of governmental operations to the air and the sea jurisdictions,
- [ ] 3. False claims,
- [ ] 4. Breach of trust,
- [ ] 5. Money laundering,
- [ ] 6. Securities fraud,
- [ ] 7. Gangstalking,
- [ ] 8. Semantic deceit,
- [ ] 9. Misrepresentation - misrepresentation for decades and preyed upon by American and/or U.S. BAR Attorneys, European Allies, and Treaty Partners,
- [ ] 10. Human trafficking,
- [ ] 11. False imprisonment,
- [ ] 12. Unlawful conversion of Edward's assets, under the false presumption of a Public Trust Interest,
- [ ] 13. Copyright violation
- [x] 14. **Personage,**
- [ ] 15. Barratry,
- [ ] 16. Identity theft,
- [ ] 17. Probate fraud,
- [ ] 18. Impersonation, misrepresentation, and/or deliberate misidentification as both a British Territorial U.S. Citizen and a Municipal citizen of the United States,
- [x] 19. **Impersonation schemes,**
- [ ] 20. Conscription -- press-ganging, peonage also known as debt enslavement,
- [x] 21. **Inland piracy,**
- [x] 22. **Racketeering under color of law,**
- [ ] 23. Conspiracy against the Constitutions, fail to provide Constitutional Guarantees,
- [x] 24. **Willing participation in Constructive Fraud, falsifying records, Unconscionable Contracts, undisclosed contracts,**
- [ ] 25. Treason,
- [ ] 26. Criminal enterprise, member of a criminal enterprise,
- [ ] 27. Geneva Convention Violations,
- [ ] 28. Gross Trespass,
- [ ] 29. Federal Mail codes and conduct violations/ breach of Trust,
- [ ] 30. Confiscation of Edward's private property to pay for public debts,
- [ ] 31. Unjust claims of tax,
- [ ] 32. Birth Certificate fraud,
- [ ] 33. Failure to present an injured, living party,
- [ ] 34. Theft of public funds,
- [ ] 35. Unlawful use of social security number,
- [ ] 36. Failure to honor/ no bond,
- [ ] 37. Failure to honor the oath of office,
- [ ] 38. Attempted extortion of autograph,
- [ ] 39. Unlawful use of trade name,
- [ ] 40. Lawful remedy § 7 TITLE 50, Appendix—War and National Defense,
- [ ] 41. Unjust enrichment,
- [ ] 42. Insider trading,
- [ ] 43. Securitization of human flesh and Baptism bonds,
- [ ] 44. Bonding lawful persons,
- [ ] 45. Enforcement under color of law,
- [ ] 46. False legal presumptions,
- [ ] 47. Robbery under color of law,
- [ ] 48. Conspiracy,
- [ ] 49. Willful failure to file by office holder,
- [ ] 50. Pillaged and plundered Edward's resources---including forests, coal, gold, and silver,
- [ ] 51. State of New York Fixture Lien, Filing number: 202104230141000,
- [ ] 52. Schuylkill County, PA Fixture Lien, Filing number: 202000008480,
- [x] 53. **Trespass on land and soil,**
- [ ] 54. Commandeered assets and custodial powers never granted,
- [ ] 55. Failed due diligence and duty to support Edward's actual Government in time of need,
- [ ] 56. With malicious intent, broke (most) major international laws and conventions on Earth,
- [ ] 57. Denied access to pre-paid credit account,
- [ ] 58. Invested Edward's assets without permission,
- [ ] 59. Commercial slavery,
- [ ] 60. Genocide, 18 USC 1091, or Genocide on paper
- [x] 61. **Privateering,**
- [ ] 62. Executer de son tort,
- [ ] 63. Fraud by BAR Attorney,

Fee Schedules Recording #: Pa06-2021-2021000025
Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform
Total Fees Due $5,050,000.00 (Five million fifty thousand dollars)
Payment due within 15 days of invoice date. Make all payments to:
Edward Thomas Kennedy, Care of 800 Court Street, Apartment 223, Reading, Pennsylvania. Postal Code 19601.
Without Prejudice, all rights reserved. By: _Edward Thomas Kennedy_ ®

Date: March 27, 2021

## Combined MUNICIPAL and Territorial Notices of Violation(s) and Failure(s) to Perform

NOTICE OF CLAIM of "sole relief and remedy" under Title 50 Section 7 (c) and (e) of 2012.

Notice of Violation of Lanham Act — attempted attachment and seizure of Unregistered Trademarks; Title 15, Section 1125 (a) and 11.

Notice of Violation of Admiralty, Maritime and Prize Cases, Title 28, Section 1331 (1) and (2) and (12).

Notice of Violation of Special Maritime and Territorial Jurisdiction of the United States, Title 18 Section 7 (1), (3), (8) and (13).

Notice of Violation of The Postal Accountability and Enhancement Act of Title 39, Sections 1-908 and 3621-3591.

Notice of Violation by Presumption of the Public Vessels Act, 46 U.S.C.A. Appendix Sections 781-790 as originally enacted.

Notice of Violation of The False Claims Act, Title 31 U.S.C.A. Section 3729 (a) and (7).

Notice of Violation of The Foreign Sovereign Immunities Act, Title 28, Sections 1602-1611.

Notice of Violation of the United States Statutes-at-Large, Title 12, Section 411.

Notice of Administrative Failure by the IRS/Internal Revenue Service for Failure to Produce Credit Vouchers and Proof of Claim as required by the Administrative Procedures Act, the Emergency Banking Act, and the United States Statutes-at-Large, Title 12, Section 411.

Notice of Violation of the Geneva Conventions by the United States Department of Defense and United States Department of the Treasury; failure to protect and defend our Persons.

The Foreign Sovereigns are alive and present and accounted for on the land and soil of these United States. Private Registered Indemnity Bond AMR100001. Municipal and Territorial Birth Certificates are set aside and returned to the Secretary of the United States Treasury.

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents.

There are no Superseding Powers of Attorney nor any valid Dead Letters of Administration.
Not a Point of Law – A Claim of Exemption and Indemnity.



