2.	Public Notice to Law Enforcement, Sheriffs, Elected Officials and Bar Association Members and Court Clerks. (2 pages)

**Public Notice to Law Enforcement, Sheriffs,**
**Elected Officials and Bar Association Members**
**April 5, 2015**

Take Notice: The Roman Curia created the concept of legal fictions-- trusts, foundations, and other corporations for good reasons-- however, legal fictions can be misused. By Maxim of Law, those who create are responsible for their creations. It follows that the Roman Curia is responsible for the proper functioning of all corporations worldwide. As of September 1, 2013, Pope Francis declared all corporations and corporate officers fully liable for their errors and omissions. This means you.

Also by Maxim of Law, there is no statute of limitation on fraud. Privately owned governmental services corporations have been fraudulently passing themselves off as the "government of the United States" since 1862. The longevity of this fraud in no way imbues it with authority. As an employee of these corporations you have no public office and no public bond and no foreign state immunity.

Federal Law Enforcement Personnel--- except U.S. Marshals: Your status is that of a Mall Cop acting outside the Mall. You have no authority on the land jurisdiction of the Continental United States. You are acting under color of law when addressing Citizens of the Continental United States "as if" they were Citizens of the Federal United States. If you threaten any living inhabitant of the Continental United States with a gun, taser, or other weapon, you can be hung as an inland pirate. If you remove any livestock you can be hung as a cattle rustler. If you cause any harm, you can be sued without limit. If you wear any uniform or display any badge or use any name or office designed to deceive or project authority you do not have, you can be arrested for impersonating an officer.

You are acting in a purely private capacity and have only equal Civil Rights that may be withdrawn at any time. You are also acting under Martial Law and may face extreme punishment for infractions against the civilian populace. Acts of plunder, mortal violence, and mischaracterization of civilians as combatants are all death penalty offenses.

U.S. Marshals are allowed full egress within the Continental United States so long as they are sworn and acting as officers sworn to uphold the actual Constitution, are not acting deceptively, nor acting outside their international jurisdiction while in pursuit of their duty protecting the U.S. Mail.

Lawyers, Judges, Court Clerks--- When you address birthright Citizens of the Continental United States in the foreign jurisdiction of the Federal United States or that of a Federal State, and deliberately confuse living people with corporate franchises merely named after them, you commit personage. This results in press-ganging land assets into the international jurisdiction of the sea, a crime outlawed worldwide for 200 years. It is a recognized act of inland piracy and it carries the death penalty.

Mischaracterizing the identity or citizenship status of a birthright Citizen of the Continental United States is also a crime under the Geneva Protocols of 1949, Volume II, Article 3. It also carries the Death Penalty.

Finally, no member of the Bar Association may sit upon the bench of any public court nor occupy any public office of the Continental United States including Congress. The involvement of any Bar Member automatically voids all proceedings pretending subject matter jurisdiction related to the actual land or its assets---including the people of the Continental United States. The Titles of Nobility Amendment adopted and ratified prior to the American Civil War has not been repealed.

The Federal United States and the Municipality of Washington, DC all operate under the auspices of the United Nations and are signatories of the Universal Right of Self-Declaration. Anyone claiming to be a Citizen of the Continental United States having a valid Birth Certificate must be treated as such. Any debts or charges whatsoever related to vessels in commerce operated under his or her name by the Federal United States, any Federal State, the Washington DC Municipality or the UNITED NATIONS must be discharged according to Maxim of Law already cited: you are responsible for what you create.

The Federal United States and its Federal States have created numerous vessels in commerce merely named after living Citizens of the Continental United States and styled in the form: John Quincy Adams. The Washington DC Municipality has similarly indulged in this practice and created franchises

for itself named after living Citizens of the Continental United States styled in the form: JOHN QUINCY ADAMS. Most recently the UNITED NATIONS has created public utilities and is operating them under names styled as: JOHN Q. ADAMS.

The organizations that have created these franchises are completely, 100% liable for their debts and obligations without exception and without recourse to claim upon the living people these franchises are named after.

You may not presume that the living people have consensually agreed to be subjected to statutory law. You may not presume that they consensually agreed to be obligated for the debts of any legal fiction personas which have been created and named after them by Third Parties secretively operating in a private capacity and merely claiming to represent the victims of this fraud.

This is your Due Notice that the living people inhabiting the Continental United States are presenting themselves and may not be addressed as if they belong to, are responsible for, or indebted in behalf of any legal fiction personas operated under their given names by any international corporation.

Any continuance of any such claims and repugnant practices will be deemed immediate cause to liquidate the American Bar Association as a criminal syndicate and to deport its members from our shores. International action is underway to secure the assets and credit owed to the victims.

Please read, research, and do your own due diligence. You are fully responsible for obeying the Public Law of the Continental United States including Revised Statute 2165 and The Constitution. Please respect the established jurisdictions of air, land, and sea--- and be aware that you may be arrested and fined or worse for failure to do so.

Issued this fifth day of April 2015, Judge Anna Maria Riezinger, Alaska State Superior Court.
…....................

Here are the Orders by Pope Francis that ALL "public officials" that are under the jurisdiction of the Vatican City State do no longer have Immunity for the crimes they commit, Primarily Judges in America which includes the BAR Association.

APOSTOLIC LETTER ISSUED MOTU PROPRIO
http://w2.vatican.va/content/francesco/en/motu_proprio/documents/papa-francesco-motu-proprio_20130711_organi-giudiziari.html