4. Lawful evidence of this said political status is recorded as follows:
at Recorder's Office Flathead County Recording District
Record # 202000002903, Certified Copy
link https://flathead.mt.gov/clerk_recorder/ (15 pages).



```
202000002905
Page: 1 of 15
Fees: $105.00
```
Debbie Pierson, Flathead County MT by KD    2/3/2020 8:43 AM

**CERTIFIED**

Return to: Kennedy, Edward Thomas Owner
In the Care of: 800 Court Street, Apartment 223
Reading, Pennsylvania, [Postal Code Extension 19601]

FLATHEAD COUNTY RECORDING DISTRICT

EDWARD THOMAS KENNEDY, FOREIGN GRANTOR

Edward Thomas Kennedy, American State Grantee

**Land Record Only - Notice**

Acknowledgement, Acceptance and Deed of Re-Conveyance
Diagram of Fraud
Assumed Name
Expatriation (Edward Thomas Kennedy)
Expatriation (Edward T. Kennedy)
Expatriation (Edward Kennedy)
Cancellation of Power of Attorney
FSIA Foreign Sovereign Immunities Act Mandatory Notice
Paramount Claim of Life and Estate

Fourteen (14) pages, including cover sheet

This cover sheet has been added to these recorded documents to provide space for the recording data. This cover sheet appears as the first page of the document in the official public record.

Do not detach



```
202000002905
Page: 2 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

## Acknowledgement, Acceptance and Deed of Re-Conveyance

I, the living man, Edward Thomas Kennedy, being of age, of sound mind and in good health, free of all duress or improper consideration hereby acknowledge, accept, and re-convey my given lawful Trade Name, Edward Thomas Kennedy to the land and soil of Pennsylvania, my native state, together with all derivative names, including Edward T. Kennedy, Edward Kennedy, Kennedy, Edward Thomas, **Edward Thomas KENNEDY**, EDWARD THOMAS KENNEDY, EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, and all other variations however styled, punctuated, spelled, ordered, or otherwise represented as pertaining to me and my estate, and hereby declare their permanent domicile on the soil and land of Pennsylvania.

All prior Powers of Attorney, all other prior presumed or granted Executorships, Guardianships, and Agency relationships are terminated and revoked effective with my natural birthday ▓▓▓▓▓▓▓▓ 1953, as I elect to be recognized as the sole living owner, executor, beneficiary, and agent of my name and estate since my 21st birthday on ▓▓▓▓▓▓▓▓ 1974.

So said, so signed, and so sealed by my living hand this 23rd of January in the year 2020:

By: ....Edward R. Kennedy.... © Edward Thomas Kennedy, Living Soul

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

### Witness Jurat

Pennsylvania State      )
Berks County            )

I, a public notary, was visited today on the 23rd day of January, 2020 by the living man known and identified as Edward Thomas Kennedy and he did sign and seal this Acknowledgement, Acceptance and Deed of Re-Conveyance in my presence and did affirm the same in my sight, whereupon I affix my signature and seal as testimony to these facts:

.......Suzanne M Myers....... Notary; my commission expires on: May 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



# DIAGRAMMING THE MOST BLATANT AND LARGEST FRAUD IN THE CIVILIZED WORLD

(MEET YOUR MULTI-DIVISIBLE & STATELESS SELF)





```
202000002905
Page: 4 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

# CERTIFICATE OF ASSUMED NAME
# NOTICE OF TRANSFER OF RESERVED NAME

**Returnee – KENNEDY certificate of ownership**

PROVIDING FOR FILING OF NAME[S] WHEN BUSINESS IS CONDUCTED UNDER ASSUMED NAME: SESSIONS LAW 145; 1907; CHAPTER 145 [H.B.64] OF THE STATE OF WASHINGTON; AN ACT PROVIDING THAT WHEN ANY BUSINESS OTHER THAN A CORPORATION(S) OR LIMITED PARTNERSHIP, IS CONDUCTED UNDER AN ASSUMED NAME, A CERTIFICATE SHOWING THE REAL PARTIES IN INTEREST SHALL BE FILED WITH THE COUNTY CLERK AND FIXING A PENALTY x 2. TO BE DEEMED A PUBLIC OFFICER YOU MUST PRODUCE AND BE VETTED BY THE ADMINISTRATOR OF THIS DOCUMENT, A LETTER OF INTENT, A LETTER OF COMPLIANCE WITH ALL STATE AND FEDERAL RULES AND REGULATIONS AS PRESCRIBED BY THE SECRETARY OF STATE OR ANY PRIVATE PERSON WHO KENNEDYS NOT PROPERLY IDENTIFY THEMSELVES. UPON REQUEST BY PRODUCING A BUSINESS LICENSE, A UBI NUMBER, AND A BOND FILLED OUT IN THE C.A.P. NAME ON THIS CERTIFICATE ARE FINED ON THE SPOT FOR $ 500.00 IN CONSIDERATION. FEE SCHEDULE; TO BE DETERMINED BY THE HEAD ADMINISTRATOR OF THIS DOCUMENT AT THE TIME OF ENGAGEMENT. AND ALSO THE CORRESPONDING SESSION LAWS OF THE STATE OF ALASKA INCLUDING CHAPTER 84 OF THE 1961 SESSION LAWS, CHAPTER 84, SECTION 13, "Common Law Rights" AND AS 10.35.030 (1CHAPTER 33 SLA 1966) TRANSFER OF RESERVED NAME.

Whereas GRANTOR is a Cestui Que Vie TRUST formed without the knowledge or consent of the Grantee and has accumulated unauthorized debt against the ESTATE benefiting secondary beneficiaries merely presumed to exist and claiming to have an interest in the ESTATE established under the MUNICIPAL LAW OF THE DISTRICT OF COLUMBIA and the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual Grantee, the living man known to the public as Edward Thomas Kennedy invokes the provisions of Article IV of the Cestui Que Vie Act 1666 as one "having been found to be alive" and to be owed all benefit, control, and interest in the GRANTOR TRUST ESTATE set free and clear of all liens, debts, titles held under color of law, tithes, fees, and all other encumbrances established by the United States of America, Inc., THE UNITED STATES OF AMERICA, INC., the UNITED STATES, (INC.), USA, Inc., E Pluribus Unum the United States of America and all and any franchises thereof ab initio from the date of first registration of the ESTATE TRUST and all and any derivatives thereof, including but not limited to EDWARD THOMAS KENNEDY; EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, **Edward Thomas KENNEDY**, Edward T. Kennedy, Edward Kennedy, Kennedy, Edward Thomas, Father, Kristosamoraea, pillar.of.peace.2012, Interfaxx, Ed Kennedy, and any other styles, punctuations, orders, abbreviations or variations of my Trade Name.

REGISTRATION REASON:

REINSTATEMENT OF ACTUAL HOLDER IN DUE COURSE OF ESTATE NAME AND ESTATE PROPERTY AND ALL INTEREST DUE; PUBLIC AND PRIVATE RECOGNITION OF GRANTEE AS HOLDER IN DUE COURSE AND LAWFUL ENTITLEMENT HOLDER OF FOREIGN GRANTOR TRUST NAMED EDWARD THOMAS KENNEDY AS OF ███ 1953.
BUSINESS INFORMATION: LEGAL ENTITY; HEIR GRANTEE, PRIVATE, PUBLIC,

```
202000002905
Page: 5 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

SIGNATURE TRUST BUSINESS DESCRIPTION; COMMERCE, GRANTOR, PRIVATE, PUBLIC, SIGNATORYBUSINESS NAME:

D.B.A EDWARD THOMAS KENNEDY, EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, Edward Thomas KENNEDY and all derivatives thereof in any way related to the ESTATE so NAMED.

PHYSICAL POST OFFICE ADDRESS:  IN THE CARE OF:  800 COURT STREET, APARTMENT 223, READING, PENNSYLVANIA [POSTAL CODE EXTENSION 19601] USMOI

OWNER INFORMATION:

True and Real Trade Name: Grantee, Private, Signatory, Beneficiary, Holder, Transferee:

First Name:  Edward

Middle Name:  Thomas

Last Name:  Kennedy

STYLE: Bicameral & Surname, Born of Lawful House: Kennedy on the land of Reading City, Berks County, Pennsylvania State.

Post Office Address (your mailing location-upper lower case):  800 Court Street, Apartment 223, Reading, Pennsylvania [Postal Code Extension 19601]

Post Master Location:  800 Court Street, Apartment 223, Reading, Pennsylvania 19601

THIS CERTIFICATE IS TO CONDUCT BUSINESS IN COMMERCE IN AN ASSUMED NAME DESIGNED TO ACCOMPANY NEW BUSINESS ACCOUNT REGISTRATION, IF SO DESIRED, OR TO CONDUCT BUSINESS IN INTERNATIONAL TRADE.

I am claiming the writ of Habeas Corpus to institute and maintain actions of any kind in the courts of "this" state while maintaining true domicile on the land of these United States, to take, hold and dispose of property either Real, Intangible or Personal held in the name of the FOREIGN GRANTOR TRUST dba EDWARD THOMAS KENNEDY together with all derivative NAMES and Names and styles thereof, together with guarantee of pre-payment and exemption from Taxes, Tithes, and Fees, together with re-conveying all actual assets rightfully belonging to the Lawful Holder in Due Course.

Under the form of creating a qualification or attaching a condition, the United States and United States of America however styled or construed cannot, in effect, inflict a punishment for a past act which was not punishable at the time it was committed and which was not the knowing, willing, and consensual act of the actual Holder in Due Course of the given name and estate.

All violators, agents, actors under color of law, and actions under color of authority claimed by any corporations, associations, or subcontractors, agencies or agents of any kind or like violating or attempting to violate the political status and Title Order of the Grantee at any time past, present, or future shall be liable severally, and jointly to this certificate as an affidavit of obligation in the normal commercial sense and as such is a severity representing accounts receivable and is a lien upon the real and movable property, malpractice insurance and



```
202000002905
Page: 6 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

performance bonds of any such violators and is not dischargeable in bankruptcy court or subject to any probate claim; at all times the owner/holder in due courses' property is exempt from third party levy and all related vessels in commerce and in trade are tax pre-paid.

This shall also serve as Mandatory Notice required under the Foreign Sovereign Immunities Act that the Living Soul, Owner, Proprietor, Holder-in-Due Course, Indemnitee, is a Foreign Sovereign owed all rights, guarantees, and protections of The Constitution for the united States of America and all assets owed to the Priority Creditors of the Territorial United States and the Municipal United States. This Foreign Sovereign, Edward Thomas Kennedy, retains all rights in reversion and is not subject to any conference of citizenship or other merely presumed benefit or obligation.

ISSUED THIS 23 DAY OF JANUARY IN THE YEAR 2020 ON AND FOR THE COUNTY OF BERKS ON THE STATE OF PENNSYLVANIA; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS, NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; WITNESS BY NOTARY KENNEDYS NOT ALTER STATUS.

By: ........................................ © Edward Thomas Kennedy

All Rights Reserved. Without Prejudice

ACKNOWLEDGMENT OF HEAD ADMINISTRATOR FROM HOME OFFICE, Private Banker, UCC-1-201, 1-308:c/o Edward Thomas Kennedy TRUE AND REAL TRADE NAME BY MY HAND AND SEAL I TAKE OFFICE WITHOUT ENCUMBRANCE AND WITHOUT DEBT OR OTHER OBLIGATION, FULLY EXEMPT, INDEMNIFIED, AND WITHOUT GRANT OF ANY OTHER POWER OF ATTORNEY DBA: EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, and ALL DERIVATIVES INCLUDING EDWARD THOMAS KENNEDY at IN THE CARE OF: 800 COURT STREET, APARTMENT 223, READING, PENNSYLVANIA [POSTAL CODE EXTENSION 19601]

RETURNEE: KENNEDY.

These provisions and copyrights are in effect from ▇▇▇▇▇▇ 1953 ab initio onward and the Name/NAMES are re-venued and permanently domiciled on the land and the soil of the United States and upon soil and land of Pennsylvania.

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.



```
202000002905
Page: 7 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

## Notary Witness and Acknowledgment

Pennsylvania State  )
Berks County        )

Today before me, a Commissioned Public Notary, visited the living man known to me to be Edward Thomas Kennedy of the Lawful House Kennedy a sojourner in this community and he did Issue this Certificate of Assumed Name as shown and he also affirmed his testimony as shown before me this ..23rd.... day of January in the Year 2020:

....Suzanne M. Myers.................. Notary; my commission expires on: ...May 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020

```
202000002905
Page: 8 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

## ACT OF EXPATRIATION AND OATH OF ALLEGIANCE

Whereas EDWARD THOMAS KENNEDY is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure EDWARD THOMAS KENNEDY willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HIS birth known as Pennsylvania and does freely affirm HIS allegiance to the same actual and organic state of the Union and does accept and reclaim HIS true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Kennedy, Edward Thomas, a living man, In the Care of 800 Court Street, Apartment 223, Reading, Postal Code Extension 19601.

I am indemnified against claims or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA393427640US – Pennsylvania.

This action, I validate, certify, Witness and affirm this 23rd day of January, 2020:

By: _____ © Edward Thomas Kennedy

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

### Public Notary Witness

Pennsylvania State )
Berks County     )

Before me this 23rd day of January, 2020 did appear the living man known as EDWARD THOMAS KENNEDY and he did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

_____ Notary; my commission expires on: May 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



```
202000002905
Page: 9 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

## ACT OF EXPATRIATION AND OATH OF ALLEGIANCE

Whereas EDWARD T. KENNEDY is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure EDWARD T. KENNEDY willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HIS birth known as Pennsylvania and does freely affirm HIS allegiance to the same actual and organic state of the Union and does accept and reclaim HIS true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Kennedy, Edward T., a living man, In the Care of 800 Court Street, Apartment 223, Reading, Pennsylvania Postal Code Extension 19601.

I am indemnified against claims or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA393427640US – Pennsylvania.

This action, I validate, certify, Witness and affirm this 23rd day of January, 2020:

By: ................ © Edward T. Kennedy.

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

Public Notary Witness

Pennsylvania State  )
Berks County        )

Before me this 23rd day of January, 2020 did appear the living man known as EDWARD T. KENNEDY and he did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

................ Notary; my commission expires on: May 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020


202000002905
Page: 10 of 15
Fees: $105.00
2/3/2020 8:43 AM

## ACT OF EXPATRIATION AND OATH OF ALLEGIANCE

Whereas EDWARD KENNEDY is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure EDWARD KENNEDY willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HIS birth known as Pennsylvania and does freely affirm HIS allegiance to the same actual and organic state of the Union and does accept and reclaim HIS true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Kennedy, Edward, a living man, In the Care of 800 Court Street, Apartment 223, Reading, Pennsylvania Postal Code Extension 19601.

I am indemnified against claims or losses under the sovereign usa Private Registered Indemnity Bond AMRI00001 RA393427640US – Pennsylvania.

This action, I validate, certify, Witness and affirm this 23rd day of January, 2020:

By: ....................... © Edward Kennedy.

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

### Public Notary Witness

Pennsylvania State )
Berks County )

Before me this 23rd day of January, 2020 did appear the living wo/man known as EDWARD KENNEDY and s/he did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

....................... Notary; my commission expires on: May 10, 2020

"A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020



```
202000002905
Page: 11 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

## Cancellation of All Prior Powers of Attorney

All prior Powers of Attorney granted by Edward Thomas Kennedy are removed, cancelled, and permanently revoked effective birthday- ▮▮▮▮▮▮▮▮ 1953 ab initio.

Edward Thomas Kennedy is Attorney-in-Fact for all purposes related to the administration of his estates and all correspondence should be addressed to: Edward Thomas Kennedy In the Care of: 800 Court Street, Apartment 223, Reading, Pennsylvania, Postal Code Extension 19601.

By: *[signature]* © Edward Thomas Kennedy

All Rights Reserved. Without Prejudice

On this day of January, 2020.

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

### Public Notary Witness

Pennsylvania State           )

Berks County                 )

I was visited today by the living man known to me to be Edward Thomas Kennedy, and he did affirm and sign this Cancellation of All Prior Powers of Attorney in my presence for the purposes stated.

By: *[signature]* Public Notary; My Commission expires on May 10, 2020

> "A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

```
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020
```



```
202000002905
Page: 12 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

# MANDATORY NOTICE
## Foreign Sovereign Immunities Act
## Sections 1605 and 1607
## NOTICE OF LIABILITY:18 USC 2333, 18 USC 1341 and 1342

This **MANDATORY NOTICE** is provided to all **Territorial United States** District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and **all Municipal Appointees** including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS and EMPLOYEES:

The vessels doing business as Edward Thomas Kennedy. and not limited to Edward T. Kennedy, Edward Kennedy, Kennedy, Edward Thomas, **Edward Thomas KENNEDY**, EDWARD THOMAS KENNEDY, EDWARD T. KENNEDY, EDWARD KENNEDY, KENNEDY, EDWARD THOMAS, together with all derivatives and permutations and punctuations and orderings of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: ████ 1953. All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since ████ 1953.

These vessels are publishing **MANDATORY NOTICE** that they are Foreign Sovereigns from Pennsylvania a member State of The United States of America. This is your **MANDATORY NOTICE** that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are also hereby provided with **MANDATORY NOTICE** that these vessels are **not subject** to Territorial or Municipal United States law and are owed **The Law of Peace,** Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this 23rd day of January, 2020 in Berks county, Pennsylvania state, The United States of America:

By: ......................................... © Edward Thomas Kennedy

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification and not for entrance into any foreign jurisdiction.



```
202000002905
Page: 13 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

## Notary Witness and Acknowledgement

Pennsylvania State    )

Berks County          )

Today before me, a Commissioned Notary is the living man known to me to be Edward Thomas Kennedy and he did issue this MANDATORY NOTICE as shown and he also affirmed his testimony as shown before me this ..23rd... day of January in the year 2020, in Witness whereof I set my Signature and Seal:

.....Suzanne M. Myers...................... Notary; my commission expires on: ..May 10, 2020..

> "A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

```
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020
```

202000002905
Page: 14 of 15
Fees: $105.00
2/3/2020 8:43 AM

## Paramount Claim of the Life and the Estate Edward Thomas Kennedy

Born ▮▮▮▮▮▮ 1953 in Pottsville, Pennsylvania
Thomas Patrick Kennedy X Rose Ann Disarro
Wedded November 24, 1951 in Minersville, Pennsylvania
The United States of America

Whereas I, the living man known as Edward Thomas Kennedy, am the result of the life and love and physical embodiment of my parents, the living man known as Thomas Patrick Kennedy and the living woman known as Rose Ann Kennedy (nee Rose Ann Disarro) who were lawfully wedded in Minersville, Pennsylvania in the calendar year 1951, now therefore I am their living son from the moment of conception and from the first combining of their unique genetic code to create my unique genetic code and my zygote in support of my physical embodiment then and now, and as I am the only true and surviving inheritor, I hereby publish my claim and recording of the facts:

The Afterbirth composed of a placenta, umbilical cord, and fetal tissues which accompanied me into this world and which was in possession of my DNA was never a viable separate living organism and was instead a portion of my flesh akin to any hair, skin, or other representation of my genetic content, that was not abandoned, not donated, and not returned to me or my parents for burial. No separate estate, living status, ownership interest or death apart from my own life may be claimed in behalf of the Afterbirth or other waste resulting from my birth, from my shedding of hair, my shedding of skin, the deposit of my fingerprints or any other DNA-containing substance whatsoever.

I hereby establish my Paramount Claim upon my unique DNA as the only lawful and living inheritor thereof from the moment of my conception forward and I also publish my nullification of any claim of ownership or material interest in my DNA based upon samples procured from any bodily waste or substance for any purpose.

As witness to my claims on 23rd Day of January, 2020, I here affix the autograph of my Lawful Person, retaining all rights and prerogatives thereof:

by: ...Edwin T. Kennedy............... © Edward Thomas Kennedy

All Rights Reserved. Without Prejudice

Using a Public Notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for the notary is for verification only and not for entrance into any foreign jurisdiction.

1



```
202000002905
Page: 15 of 15
Fees: $105.00
2/3/2020 8:43 AM
```

Public Notary Witness:

Pennsylvania State:   )

Berks County:   )

23/1̸4̸ ......Day of January, 2020, I was visited by a man properly identified or known to me to be Edward Thomas Kennedy and he did establish this record before me and sign it for the purposes stipulated herein, and I do accordingly add my signature and seal:

.........[signature].........., Notary. My commission expires on: May 10, 2020

> "A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."

```
COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne M Myers, Notary Public
City of Reading, Berks County
My Commission Expires May 10, 2020
```

2



STATE OF MONTANA)
COUNTY OF FLATHEAD)

I, Debbie Pierson County Clerk and Recorder, in and for said county of Flathead, State of Montana hereby certify the annexed and following to be a full, true, and correct copy of a certain misc. document 15 pages together with the endorsement therefor as the same appears of record in this office, witness my hand, and seal of said Flathead County, Montana, affixed this 22 day of April A.D. 2021

Debbie Pierson
COUNTY CLERK
BY: _____
DEPUTY