5.  Notarized Fee Schedules Recording #: Pa06-2021-2021000025 Land Recording (9 pages)



Return to: Kennedy, Edward Thomas, Owner
In the Care of: 800 Court Street Apt. 223
Reading, Pennsylvania, Postal Code Extension [19601]

CHESTER COUNTY RECORDING DISTRICT

EDWARD THOMAS KENNEDY, FOREIGN GRANTOR

Edward Thomas Kennedy, American State Grantee

**Land Record Only**

Fee Schedule

Nine (9) pages, including cover sheet

Extension of LRS – Assembly Pa2020-2020000012

This cover sheet has been added to these recorded documents to provide space for the recording data. This cover sheet appears as the first page of the document in the Official public record.

**Do Not Detach**

by: _[signature] Terry Lyon Peiffer_ ©

Recording Secretary \ International Notarial Witness
            Lifetime Commission

To Whom It May Concern:

The annexed <u>Notice of Intent – Fee Schedule</u> is a schedule of mandatory fees instated by the Secured Party Creditor, Edward Thomas Kennedy©, Authorized Representative on behalf of EDWARD T KENNEDY© and EDWARD THOMAS KENNEDY ©, Ens Legis. I, Edward Thomas Kennedy©, do hereby set forth fees to be instated in any business dealing with EDWARD T. KENNEDY© and EDWARD THOMAS KENNEDY©, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after the day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Edward Thomas Kennedy©, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Edward Thomas Kennedy©, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved,

by: *Edward Thomas Kennedy* ©

Edward Thomas Kennedy©, American State National
Secured Party Lien Creditor, Authorized Representative for
EDWARD T KENNEDY©, Ens Legis
**Without Prejudice**

## Acknowledgement

Pennsylvania State
Berks County

A living man affirmed before me, a Recording Secretary/Notary, on this 20th day of April, 2021, that Edward Thomas Kennedy, personally appeared and known to me to be the man whose name is referenced within the instrument and acknowledged to be the same.

Autograph: *Terry Lynn Reifke* ©

My Notary Commission expires (Not Applicable for Recording Secretaries):

__lifetime__

Page 1 of 8

**Private Easements Schedule**
Penalty for Private Use                                        $250,000

**Public Easements Schedule**
Penalty for Public Use                                         $250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | |
|---|---|
| a. Name | $ 50,000 |
| b. Drivers License Number | $ 50,000 |
| c. Social Security Number | $ 100,000 |
| d. Retinal Scans | $ 5,000,000 |
| e. Fingerprinting | $ 200,000 |
| f. Photographing | $ 200,000 |
| g. Arrested via a non-judicial warrant | $ 1,000,000 |
| h. DNA | $ 5,000,000 |
|     1. Mouth swab | $ 5,000,000 |
|     2. Blood samples | $ 5,000,000 |
|     3. Urine samples | $ 5,000,000 |
|     4. Breathalyzer testing | $ 5,000,000 |
|     5. Hair samples | $ 5,000,000 |
|     6. Skin samples | $ 5,000,000 |
|     7. Clothing samples | $ 5,000,000 |
|     8. Forced giving of fluids/samples | $ 5,000,000 |

**Issue Traffic citations and tickets of any traffic nature:**

| | |
|---|---|
| a. Citations | $ 60,000 |
| b. Warning issued on Paper Ticket | $ 25,000 |

**Appearance in court because of traffic citations:**

| | |
|---|---|
| a. Time in court | $ 75,000/hr with 1 hour min. |
| b. If Fine is imposed | $ 500,000 |

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | |
|---|---|
| a. Agency by Estoppel | $ 50,000 |
| b. Color of Law | $ 150,000 |
| c. Implied Color of Law | $ 150,000. |
| d. Criminal Coercion | $ 500,000 |
| e. criminal Contempt of court | $ 500,000 |
| f. Estoppel by Election | $ 350,000 |
| g. Estoppel by Laches | $ 350,000 |

|   |                                             |    |                        |
|---|---------------------------------------------|----|------------------------|
| h. | Equitable Estoppel                         | $  | 500,000                |
| i. | Fraudulent use of mail                     | $  | 1,000,000 per occurrence |
| j. | Fraud upon the court                       | $  | 2,000,000              |
| k. | Larceny                                    | $  | 250,000                |
| l. | Grand Larceny                              | $  | 250,000                |
| m. | Larceny by Extortion                       | $  | 1,000,000              |
| n. | Larceny by Trick                           | $  | 1,000,000              |
| o. | Obstruction of Justice                     | $  | 1.000,000              |
| p. | Obtaining Property by False Pretenses      | $  | 1,000,000              |
| q. | Simulating Legal Process                   | $  | 1,000,000              |
| r. | Vexatious Litigation                       | $  | 5,000,000              |
| s. | Trespass upon Motor Conveyance             | $  | 1,000,000              |
| t. | Unauthorized Relocation of Motor Conveyance | $ | 100,000                |
| u. | Seizure of Motor Conveyance                | $  | 100,000                |
| v. | Kidnapping                                 | $  | 2,000,000              |
| w. | Unlawful Lien on Motor Conveyance          | $  | 50,000                 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

| a. | Name written by the informant               | $ | 250,000 |
|----|---------------------------------------------|---|---------|
| b. | Drivers License written by informant        | $ | 150,000 |
| c. | Social Security Number written by informant | $ | 150,000 |
| d. | Miscellaneous Material written by informant | $ | 500,000 |

**Produce any personal information/property for any kind of business interaction:**

| a. | Financial Information             | $ | 100,000 |
|----|-----------------------------------|---|---------|
| b. | Property inside of motor vehicle  | $ | 150,000 |

**Time Usage for traffic stops:**

| a. | 30 minutes | $ | 5,000/30 minutes min |
|----|------------|---|----------------------|
| b. | 60 minutes | $ | 10,000               |
| c. | 90 minutes | $ | 15,000               |

**Court Appearance Schedule**

    These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

| a. My Appearance |  |  |
|------------------|--|--|
|    a. under protest and duress: | $ | 75,000/hour |
|    b. Voluntarily | $ | 10,000/hour |

**Use of trade name material**

    a. Name
        a. under protest and duress:    $ 25,000
        b. Voluntarily    $ 10,000
    b. Drivers License
        a. under protest and duress:    $ 25,000
        b. Voluntarily    $ 10,000
    c. Social Security Number
        a. under protest and duress:    $ 25,000
        b. Impersonation    $ 1,000,000
    d. Miscellaneous Material    $ 25,000
    e. Produce any personal information for any kind of business interaction:
    a. Unlawful Conversion    $ 1,000,000
    b. Drivers License    $ 10,000
    c. Social Security Number    $ 250,000
    d. Any documents produced by me    $ 10,000 per document

**Time usage for court appearances:**

    a. 30 minutes
        a. Under Protest and Duress    $ 33,500
        b. Voluntarily    $ 10,000
        c. 60 minutes    $ 75,000
        d. Voluntarily    $ 20,000
    b. 90 minutes or more
        a. Under Protest and Duress    $ 100,500
        b. Voluntarily    $ 30,000

### Trespass-Fee Schedule

**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s) and other fictional entities as well as all others who desire to contract:

    a. Failure to honor God Given Rights    $ 20,000
    b. Failure to honor Oath of Office    $ 50,000
    c. Failure to honor Constitutional Oath    $ 50,000
    d. Failure to honor Written and/or Oral Word    $ 50,000
    e. Enslavement    $ 5,000,000
    f. Press-ganging    $ 5,000,000
    g. Phone call to telephone number used by Secured

|    |                                                                                          |                           |
|----|------------------------------------------------------------------------------------------|---------------------------|
|    | Party including from alleged debt collectors                                             | $ 5,000 each              |
| h. | Telephone message left on Secured Party phone                                            |                           |
|    | Service or equipment                                                                     | $ 5,000 each              |
| i. | Use of Street Address/Mailing location of Secured Party                                  | $ 5,000 each              |
| j. | Time Waiting for Scheduled Service                                                       | $ 1,000 Minimum or per hour |
| k. | Detention from Free Movement and/or cuffed                                               | $ 75,000 Minimum or per hour |
| l. | Incarceration                                                                            | $ 75,000 Minimum or per hour |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations         | $ 50,000                  |
| n. | Failure to State a Claim upon which Relief Can Be Granted                                | $25,0000                  |
| o. | Failure to Present a Living Injured Party                                                | $100,000                  |
| p. | Failure to Provide Contract Signed by the Parties                                        | $100,000*                 |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $100,000*             |
| r. | Default By Non Response or Incomplete Response                                           | $100,000*                 |
| s. | Fraud                                                                                    | $1,000,000*               |
| t. | Racketeering                                                                             | $1,000,000*               |
| u. | Theft of Public Funds                                                                    | $1,000,000*               |
| v. | Dishonor in Commerce                                                                     | $1,000,000*               |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $1,000,000**   |
| x. | Perverting of Justice Judgment                                                           | $ 1,000,000*              |
| y. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence)          | $ 50,000 Each             |
| w. | Forcing psychiatric evaluations                                                          | $ 500,000 per day         |
| x. | Refusal to provide adequate and proper nutrition while incarcerated                      | $ 50,000 per day          |

a. Refusal to provide proper exercise while
   incarcerated                                              $ 50,000 per day

b. Refusal to provide proper dental care while
   Incarcerated                                              $ 50,000 per day

c. Forced giving of body fluids                              $ 5,000,000 per day
d. Forced injections/inoculations, vaccines                  $ 5,000,000 per day
e. Forced separation from marriage contract                  $ 160,000 per day
f. Confiscation/kidnapping of a body not a US
   Citizen                                                   $ 1,600,000 per day

g. Corporate State continuing a mortgage for more
   Than five years in violation of Banking Act of
   1864 which takes precedence over current
   Statutes at large                                         $ 1,600,000 per day

   Attempted extortion of funds from birth certificate
   account, Social security account or any other
   associated accounts by fraud, deception and
   or Forgery by any agent, entity or corporation            $ 6,000,000 per count or
   charge

h. Attempted extortion of signature                          $ 6,000,000 per count or charge
i. Attempted forgery of signature                            $ 6,000,000 per count or charge

j. Personage                                                 $1,000,00000

k. Privateering                                              $1,000,00000

l. Inland piracy                                             $1,000,00000

m Subjugation under foreign law                              $1,000,00000

n  Human trafficking/Securitization of human flesh $5,000,000.00

o. Impersonation/use of the title Mr.                        $1,000,000.00

Mischaracterization of the identity of or citizenship status of a Birthright citizen of the continental United States is a crime under the Geneva Protocols of 1949 Volume 2 Article III. It carries the death penalty. Status

\*Per Occurrence and Includes any Third Party Defendant

\*\* All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

| | | |
|---|---|---|
| **Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)** | | $ 500,0000 |
| **Services to others and/or Corporation(s):** | | |
| a. | Studying | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| b. | Analyzing | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| c. | Research | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| d. | Preparing Documents | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| e. | Answering Questions | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |
| f. | Providing Information | $ 500 per hour |
| | while under threat, duress, coercion | $ 75,000 per hour |

If invoiced, payment is due 15 days after receipt date.

Make all payments to:

Edward Thomas Kennedy
c/o 800 Court Street, Apartment 223
Reading, Pennsylvania
Postal code 19601