**COVER LETTER**
In the district court of the United States

**From: Edward Thomas Kennedy©**
**Care of: 800 Court Street, Apartment 223**
**Reading, Pennsylvania**
**Postal Code 19601**
**The United States of America ("unincorporated")**

To: JOHN A. CERINO, Clerk
844 N. King Street
Wilmington, DE 19801

FILED
OCT 20 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Greetings,

ENCLOSED - please find an Article 3 case, plus attachments. I am an American standing under the Public Law of America, and now requesting my Constitutional guarantees in an Article 3 Court. Pursuant to the banking laws of 1934, as an American, all my debts and expenses are prepaid'

**Notice and Request**
I request that the Clerk of this court perform lawful notice to all defendants, also known as service of process without delay, if the Article 3 Court requires it.

FACEBOOK, Inc. of course, is registered in the STATE OF DELAWARE. Defendant JENNIFER NEWSTEAD, Chief Legal Officer, FACEBOOK, Inc., is a legal person, and is located at 1601 Willow Rd Bldg 64 Menlo Park 94025-1452 according to New York State BAR Attorney registrations, and it is presumed must accept service of process for all defendants. Link here:
https://iapps.courts.state.ny.us/attorneyservices/wicket/page?6.

If this is incorrect, please use Facebook inc's corporate address to provide lawful notice to all defendants listed in the document herein individually. If there are printed procedure laws or rules for an Article 3 Court, kindly email them to me.

If you have any questions permission is given to please call me at area code 415-275-1244 (message) or email me at edkennedy@tuta.io.

Without prejudice, all rights reserved.

By: _____Edward Thomas Kennedy©_____
Edward Thomas Kennedy©
I am a Living man with Inherited Sovereignty born on Pennsylvania
Notice to Principal is Notice to Agent. Notice to Agent is Notice to Principal.
Applicable to all Successors and Assigns.

cc: Pope Francis c/o Palazzo Apostolico Vaticano Citta del Vaticano 00120

cc: Attorney JOHN ROBERTS, Chief Executive Officer, First St NE, Washington, DC 20543