IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-1477-RGA |
| FACEBOOK INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

The plaintiff, Edward Thomas Kennedy, has filed this action without prepayment of the filing fee or a motion to proceed in forma pauperis (Application to Proceed in District Court without Prepaying Fees or Costs - AO Form 239).

At Wilmington this 27th day of October, 2021, IT IS ORDERED that:

The plaintiff shall, within twenty-one days from the date of this order, either: (1) submit a long form (AO Form 239) application to proceed in District Court without prepaying fees or costs (*in forma pauperis*), **or** (2) pay in full the $402.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE