IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 21-1477-RGA |
| FACEBOOK INC., et al., | : |
| Defendants. | : |

**ORDER**

At Wilmington this 29 day of November, 2021,

IT IS ORDERED that the case is **DISMISSED** without prejudice for Plaintiff's failure to comply with the Court's October 27, 2021 Order (D.I. 3), for the following reasons:

On October 27, 2021, the Court ordered Plaintiff to submit a long form application to proceed without prepayment of fees or pay the filing fee in full within twenty-one days from the date of the order or the case would be dismissed. (D.I. 3). The time has lapsed and there has been no compliance with the October 27, 2021 Order.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE